UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JIMMIE MCCALL, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SOFT-LITE, LLC,<br><br>    Defendant. | CASE NO. 5:22-cv-816<br><br>JUDGE SARA LIOI<br><br>**PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION, EXPEDITED OPT-IN DISCOVERY, AND COURT-SUPERVISED NOTICE TO POTENTIAL OPT-IN PLAINTIFFS** |

Plaintiff Jimmie McCall, on behalf of himself and all others similarly situated, respectfully moves this Honorable Court, pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and Fed. R. Civ. P. 26(d) and 83(b), for an Order conditionally certifying this case as a collective action and implementing a procedure, described in the accompanying Proposed Order, attached as Exhibit 1, whereby prospective opt-in plaintiffs will be notified of Plaintiff's FLSA claims and given an opportunity to join this action as party plaintiffs. Such relief is appropriate for the reasons discussed in the accompanying Memorandum in Support.

                            Respectfully submitted,

                            /s/ Alanna Klein Fischer
                            Alanna Klein Fischer (0090986)
                            Anthony J. Lazzaro (0077962)
                            Lori M. Griffin (0085241)
                            Matthew S. Grimsley (0092942)
                            The Lazzaro Law Firm, LLC
                            The Heritage Bldg., Suite 250
                            34555 Chagrin Boulevard
                            Moreland Hills, Ohio 44022
                            Phone: 216-696-5000
                            Facsimile: 216-696-7005
                            alanna@lazzarolawfirm.com

anthony@lazzarolawfirm.com
lori@lazzarolawfirm.com
matthew@lazzarolawfirm.com

Plaintiff's Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2022 a copy of the foregoing was sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

/s/ Alanna Klein Fischer
Alanna Klein Fischer (0090986)

One of Plaintiff's Attorneys