# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JIMMIE MCCALL, on behalf of himself and others similarly situated, ) ) ) ) | CASE NO. 5:22-cv-816 |
| PLAINTIFFS, ) ) | JUDGE SARA LIOI |
| vs. ) ) ) | JUDGMENT ENTRY |
| SOFT-LITE, L.L.C., ) ) ) | |
| DEFENDANT. ) | |

For the reasons set forth in the previously filed memorandum opinion and order (Doc. No. 32), the joint motion of the parties for approval of the settlement is GRANTED. The claims in plaintiffs' complaint are DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction over this action to enforce the settlement. This case is closed.

**IT IS SO ORDERED**.

Dated: October 24, 2023

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**